UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ALLAH JUSTICE TURNER,

                Plaintiff,

-against-

SGT. CIMORELLI, SHIELD No. 142; SHERIFF CARL DUBOIS, Shield No. 001; SERGEANT V. MURPHY, Shield No. 062; CORRECTIONAL OFFICER S. MOORE, Shield No. 426; CORRECTIONAL OFFICER LAKE, Shield No. 546; MEDICAL STAFF JANE AND JOHN DOE 1-50; SERGEANT R. POTTER, Shield No. 059; SERGEANT KEITH KISZKA, Shield No. 134,

                Defendants.

20-CV-643 (NSR)

ORDER

---

NELSON S. ROMÁN, United States District Judge:

Plaintiff, proceeding *pro se*, commenced this action under 42 U.S.C. § 1983 on January 21, 2020. (ECF No. 1.) At that time, Plaintiff was incarcerated at the Orange County Jail in Goshen, New York. On March 2, 2020, the Court issued an Order directing Plaintiff to file an amended complaint. (ECF No. 7.) The Court further directed the Clerk of the Court to mail a copy of the Order to Amend to Plaintiff at the Orange County Jail. On March 5, 2020, the Court received correspondence from Plaintiff, dated February 25, 2020, advising that Plaintiff had been transferred to Craven Correctional Institution in North Carolina. (ECF No. 8.)

In light of the foregoing, the Clerk of the Court is respectfully directed to mail a copy of the Court's Order to Amend dated March 3, 2020, at ECF No. 7, as well as a copy of the instant Order, to Plaintiff at the address listed below:



Allahjustice E. Turner
ID No. 1574947
Craven Correctional Institution
P.O. Box 839
Vanceboro, NC 28586.

This constitutes the Order of the Court.

Dated: March 10, 2020
       White Plains, New York

SO ORDERED:

_____
NELSON S. ROMÁN
United States District Judge